THE FARMERS' LOAN AND TRUST COMPANY, as Trustee under Deeds of Trust Made by JABEZ A. BOSTWICK, Deceased, Appellant, *v.* HELEN C. BOSTWICK, Individually and as Executrix of the Will of JABEZ A. BOSTWICK, Deceased, et al., Respondents, and FANNIE E. B. FRANCIS et al., Appellants and Respondents.

*Farmers' Loan & Trust Co.* v. *Bostwick,* 120 App. Div. 271, reversed. (Argued December 20, 1907; decided January 21, 1908.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1907, which modified and affirmed as modified a judgment of Special Term construing the will of Jabez A. Bostwick, deceased, and certain trust deeds executed by him.

*James F. Horan* for plaintiff, appellant.

*George L. Shearer* for United States Trust Company, as trustee, appellant and respondent.

*William Pierrepont Williams* and *Lanman Crosby* for Hamilton W. Cary, as administrator, appellant and respondent.

*Egerton L. Winthrop, Jr.,* for Fannie E. Francis, appellant and respondent.

*Charles E. Buckingham* for Albert C. Bostwick, Jr., et al., appellants and respondents.

*Frank L. Polk* for Marion B. Carstairs et al., appellants and respondents.

*George F. Chamberlain* for Albert C. Bostwick, respondent and appellant.

*Ward B. Chamberlain* for Helen C. Bostwick, respondent and appellant.

Judgment of Appellate Division reversed and that of Special Term affirmed, with costs to all parties appearing in this court and filing briefs, payable out of the fund, on the authority of *N. Y. Life Ins. & Trust Co.* v. *Cary* (191 N. Y. 33),